Dismissed and Memorandum Opinion filed July 15, 2010



 



In The

 

Fourteenth Court of
Appeals

                                                                                          



NO. 14-09-00716-CV



 

Future Energy LLC and Kent
Hytken, Appellants

V.

Frank Schaeffer, Frank
Schaeffer Construction Inc., Schaeffer Family Trust, Edward Spooner, Galveston
Shores, LP, Appellees

 



On Appeal from the 405th
District Court

Galveston County, Texas

Trial Court Cause No. 08CV1246



 

MEMORANDUM  OPINION

 

This is
an appeal from a judgment signed May 14, 2009.  On July 1, 2010, the parties
filed a joint motion to dismiss the appeal in order to effectuate a compromise
and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Anderson,
Frost, and Seymore.